UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CR 120-088, Brian Thomas Myers |
| LEAVE OF ABSENCE REQUEST | ) |
| C. TROY CLARK | ) |
| May 24-28, 2021 | ) |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by counsel for Defendants in the above-cited cases for the dates of May 24-28, 2021 for personal travel out of the state, the same is hereby GRANTED.

This _18th_ day of _May_, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA